1
2
3
4
5
6    IN THE UNITED STATES DISTRICT COURT
7
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   PHILIP J. FEINER, JR.,                          No. C 04-04472 WHA
11         Plaintiff,
12      v.                                           **STIPULATION AND ORDER
                                                     TO CONTINUE DISCOVERY
13   CITY OF AMERICAN CANYON, JAMES                  CUT-OFF DATE**
     CANNON, ROBERT PONTELLE, MARK
14   JOSEPH, ROBERT SCHWERIN, and
     DOES 1 through 25, inclusive,
15
16         Defendants.
                                                /
17
18         Plaintiff and defendants through their undersigned counsel hereby stipulate as follows:

19         1.      The case management order in this matter specifies that the cut-off date

20   for non-expert discovery shall be August 26, 2005.

21         2.      Plaintiff has propounded written discovery to which defendants have

22   responded and defendants have also provided documents and other information

23   requested by plaintiff on an informal basis.  However, the parties have been unable to

24   schedule all of the depositions sought by the parties prior to the close of non-expert

25   discovery.  Plaintiff's counsel has been out of his office because of depositions in other

26   cases and the attorney assigned to handle this matter on behalf of defendants is

27   currently unavailable due to her vacation.

28

3. The parties request a brief extension of the cut-off for non-expert discovery to September 23, 2005 for the purpose of completing depositions. The parties do not request any other change to the court's case management order.

4. This stipulation is being filed electronically by counsel for Plaintiff. Pursuant to General Order 45, Sec. X. B., the undersigned counsel for Plaintiff attests that counsel for Defendants concurs in this stipulation.

Dated: August 4, 2005

ERICKSON BEASLEY HEWITT & WILSON LLP

By_____/S/_____
    Todd Boley

Attorneys for Plaintiff
Philip J. Feiner, Jr.

Dated: August 4, 2005

LEPPER & HARRINGTON

By_____/S/_____
    Gary Lepper

Attorney for Defendants
City of American Canyon, James Cannon, Robert Pontelle, Mark Joseph, and Robert Schwerin

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the case management order be amended to extend the cutoff date for non-expert discovery to **SEPTEMBER 23, 2005**, for the sole purpose of completing depositions.

**IT IS SO ORDERED.**

Dated: August 15, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE