**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP J. FEINER, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF AMERICAN CANYON, JAMES CANNON, ROBERT PONTELLE, MARK JOSEPH, ROBERT SCHWERIN, and DOES 1 through 25, inclusive,<br><br>  Defendants. | No. C 04-04472 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE DISPOSITIVE MOTION CUT-OFF DATE** |

The Court **DENIES** the parties' stipulation to extend the dispositive motion cut-off date for four weeks. It would put too much pressure on the trial date.

**IT IS SO ORDERED.**

Dated: September 21, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE