United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP J. FEINER, JR., | No. C 04-04472 WHA |
| Plaintiff, | |
| v. | **ORDER RE LETTER DATED SEPTEMBER 19, 2005** |
| CITY OF AMERICAN CANYON, JAMES CANNON, ROBERT PONTELLE, MARK JOSEPH, ROBERT SCHWERIN, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The Court has received the letter dated September 19, 2005, from counsel for defendants. The expert report that Ms. Beierle plans to use will be due fourteen days after August 26, 2005, if the circumstances in her letter are accurate.

**IT IS SO ORDERED.**

Dated: September 22, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE