1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PHILIP J. FEINER, JR.,                        No. C 04-04472 WHA

11              Plaintiff,

12       v.                                        **ORDER**

13   CITY OF AMERICAN CANYON; JAMES
     CANNON; ROBERT PONTELLE; MARK
14   JOSEPH; ROBERT SCHWERIN; and DOES 1
     through 25, inclusive,
15
16              Defendants.
                                               /
17

18          Parties have until noon, Friday, November 18, 2005, to withdraw their motions for

19   partial and for full summary judgment, and related requests to strike evidence.  Either motions

20   not withdrawn by then will be ruled upon.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  November 17, 2005
                                        _____
25                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
26

27

28

*United States District Court*
For the Northern District of California